JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON RANGE, <br><br> Defendant. | Case No.: 2:22-cr-00087-JAD-EJY <br><br> **STIPULATION AND ORDER TO AMEND INDICTMENT AND DOCKET TO CORRECT TYPOGRAPHICAL ERROR** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Joanne L. Diamond, Assistant Public Defender, counsel for Defendant, that the indictment be amended to reflect the true spelling of defendant's name and that the docket be revised to reflect the true spelling of defendant's name.

This Stipulation is entered into for the following reasons:

1. On April 26, 2022, a federal grand jury returned an indictment charging "Brandon Range" with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 1.

2. Although the indictment names the defendant as "Brandon Range,"

defendant's name is actually spelled "Branden Range."

3. The parties agree that the spelling of defendant's name is a non-substantive typographical error unrelated to the elements of the offense and did not mislead the defendant.

4. The defendant agrees he is the person charged in the indictment.

5. The parties agree to amend the indictment to reflect defendant's true name.

6. The defendant agrees to amend the indictment to reflect his true name.

Dated this 16th day of September, 2022.

JASON M. FRIERSON
United States Attorney

By: /s/ *Supriya Prasad*　　　　　　　By: /s/ *Joanne Diamond*
SUPRIYA PRASAD　　　　　　　　　　JOANNE DIAMOND, ESQ.
Assistant United States Attorney　　　　Counsel for Defendant Brendan Range

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRANDON RANGE,<br>　　　　　　　Defendant. | Case No. 2:22-cr-00087-JAD-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On April 26, 2022, a federal grand jury returned an indictment charging "Brandon Range" with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF No. 1.

2. Although the indictment names the defendant as "Brandon Range," defendant's name is actually spelled "Branden Range."

3. The parties agree that the spelling of defendant's name is a non-substantive typographical error unrelated to the elements of the offense and did not mislead the defendant.

4. The defendant agrees he is the person charged in the indictment.

5. The parties agree to amend the indictment to reflect defendant's true name.

6. The defendant agrees to amend the indictment to reflect his true name.

## CONCLUSIONS OF LAW

Because changing the spelling of defendant's first name is a non-substantive amendment to correct a typographical error and because the parties agree to the

3

amendment, the Court has the authority to amend the indictment to reflect the true spelling of defendant's first name. *See United States v. Neill*, 166 F.3d 943, 947–48 (9th Cir. 1999).

**ORDER**

IT THEREFORE ORDERED that the Indictment (ECF No. 1) be amended to reflect defendant's name as Branden Range.

IT IS FURTHER ORDERED that the docket be amended to reflect defendant's name as Branden Range.

DATED this 19th day of September 2022.

_____
UNITED STATES DISTRICT JUDGE