# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>BRANDEN RANGE,<br><br>      Defendant. | 2:22-CR-087-JAD-EJY<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Branden Range to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Branden Range pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26; Plea Agreement, ECF No. 28; Amended Preliminary Order of Forfeiture, ECF No. 33.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 6, 2022, through November 4, 2022, and from December 17,

/ / /

2022, through January 15, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 29-1, p. 5, 36-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 35.

On October 18, 2022, the United States Attorney's Office served and attempted to serve Krystle Erlinda Satterfield at zip code 85051-3822 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-14.

On October 18, 2022, the United States Attorney's Office attempted to serve Krystle Erlinda Satterfield at zip code 85017-3227 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed and the regular mail was returned as attempted - not known. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 15-17.

On October 18, 2022, the United States Attorney's Office attempted to serve Krystle Erlinda Satterfield at zip code 85034-1220 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The regular and certified mailings were returned as attempted – not known. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 18-20.

On November 21, 2022, the United States Attorney's Office attempted to serve Krystle Erlinda Satterfield at zip code 85034-1220 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The regular mail was returned as vacant. The certified mail is in transit. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 21-23.

On December 15, 2022, the United States Attorney's Office served and attempted to serve Krystle Erlinda Satterfield at zip code 85006 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was

returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 25-27.

On October 18, 2022, the United States Attorney's Office served Panda Sing or Singkhamta at zip code 89169-2228 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 28-30.

On October 18, 2022, the United States Attorney's Office attempted to serve Panda Sing or Singkhamta at zip code 89014-6835 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as not deliverable as addressed. Notice of Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 31-33.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a 9mm Smith and Wesson model:SD9VE with serial number:HEL8147; and
2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: March 9, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE